1  HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2  ERIN SNIDER, OR SBN #116342
PEGGY SASSO, CA SBN #228906
3  Assistant Federal Defenders
Designated Counsel for Service
4  2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
5  Telephone: (559) 487-5561
Fax: (559) 487-5950
6
Attorney for Defendant
7  MIKKEY SANTOS

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )  Case No.  1:15-cr-00061-LJO
12           Plaintiff,          )
                                 )  STIPULATION TO CONTINUE STATUS
13    vs.                        )  CONFERENCE TO 8/10/2015; [PROPOSED]
                                 )  ORDER
14  MIKKEY SANTOS,               )
                                 )  Date:  August 10, 2015
15           Defendant.          )  Time:  8:30 a.m.
                                 )  Judge: Hon. Lawrence J. O'Neill
16  _____ )

17      **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney Kimberly Sanchez, counsel for the plaintiff, and

19  Assistant Federal Defenders Erin Snider and Peggy Sasso, counsel for defendant Mikkey Santos,

20  that the status conference currently set for June 15, 2015, may be continued to August 10, 2015.

21      The government has agreed to provide additional discovery materials.  Additional time is

22  needed to review the supplemental discovery and conduct any necessary investigation.  The

23  parties have met and conferred and August 10, 2015, is amenable to both parties.  The requested

24  continuance is with the intention of conserving time and resources for both the parties and the

25  Court.  The parties agree that the delay resulting from the continuance shall be excluded in the

26  interests of justice, including but not limited to, the need for the period of time set forth herein

27  for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

28  and (iv).

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

Date:  June 10, 2015              */s/ Kimberly Sanchez*
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney
                              Attorneys for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: June 10, 2015               */s/ Erin Snider*
                              ERIN SNIDER
                              PEGGY SASSO
                              Assistant Federal Defenders
                              Attorney for Defendant
                              MIKKEY SANTOS


## **O R D E R**

For the reasons set forth above, the status conference set for June 15, 2015, will be continued to August 10, 2015.

IT IS SO ORDERED.

    Dated:   **June 10, 2015**                    **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE