1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, OR SBN #116342
   PEGGY SASSO, CA SBN #228906
3  Assistant Federal Defenders
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   MIKKEY SANTOS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )  Case No. 1:15-cr-00061-LJO
12              Plaintiff,           )
                                     )  STIPULATION TO CONTINUE
13  vs.                              )  SENTENCING; ORDER of DENIAL
                                     )
14  MIKKEY SANTOS,                   )
                                     )  DATE:   November 16, 2015
15              Defendant.           )  TIME:   8:30 a.m.
                                     )  JUDGE:  Hon. Lawrence J. O'Neill
16  _____ )

17        **IT IS HEREBY STIPULATED** by and between the parties through their respective

18  counsel, Assistant United States Attorney Kimberly Sanchez, counsel for the plaintiff, and

19  Assistant Federal Defender Erin Snider, counsel for defendant Mikkey Santos, that the

20  sentencing hearing currently scheduled for October 26, 2015, be continued to November 16,

21  2015, at 8:30 a.m.

22        This continuance is requested to allow for additional defense investigation prior to

23  sentencing.  The requested date is a mutually agreeable date for both parties.  As this is a

24  sentencing hearing, no exclusion of time is necessary.

25  / / /

26  / / /

27  / / /

28  / / /

1    Respectfully submitted,

2    BENJAMIN B. WAGNER
     United States Attorney

3

4    Date: October 15, 2015          /s/ Kimberly Sanchez
                                      KIMBERLY SANCHEZ
5                                     Assistant United States Attorney
                                      Counsel for the Plaintiff
6

7                                     HEATHER E. WILLIAMS
                                      Federal Defender
8

9    Date: October 15, 2015          /s/ Erin Snider
                                      ERIN SNIDER
10                                    Assistant Federal Defender
                                      Attorney for Defendant
11                                    MIKKEY SANTOS

12

13

14

15                          **O R D E R**

16        **The desire to conduct additional presentencing investigation does not establish good**

17   **cause to continue,  absent a reason that it wasn't accomplished earlier.  Denied without**

18   **prejudice.**

19

20   IT IS SO ORDERED.

21      Dated:   **October 15, 2015**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Santos / Stipulation                    -2-