HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MIKKEY SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MIKKEY SANTOS,<br><br>   Defendant. | Case No. 1:15-cr-00061-LJO<br><br>**AMENDED** STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE:   November 16, 2015<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Mikkey Santos, that the sentencing hearing currently scheduled for October 26, 2015, be continued to November 16, 2015, at 9:00 a.m.

This continuance is requested to allow for additional defense investigation and the preparation of Mr. Santos prior to sentencing. The Office of the Federal Defender was appointed on April 30, 2015, and Mr. Santos promptly entered his guilty plea on August 10, 2015, prior to his first status conference. The attached declaration from defense counsel documents in more detail the reason for the continuance.

The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | BENJAMIN B. WAGNER<br>United States Attorney |
| 4 | Date: October 16, 2015 | */s/ Kimberly Sanchez*<br>KIMBERLY SANCHEZ<br>Assistant United States Attorney<br>Counsel for the Plaintiff |
| 7 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | Date: October 16, 2015 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>MIKKEY SANTOS |

**O R D E R**

The sentencing hearing currently scheduled for October 26, 2015, is hereby continued to November 16, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 16, 2015**            **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

**DECLARATION OF ERIN SNIDER**

I, Erin Snider, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the United States Federal Court for the Eastern District of California. I was appointed to represent Mr. Santos on April 30, 2015.

2. Mr. Santos pled guilty on August 10, 2015, without the need for a single status conference.

3. During the past two months following his change of plea, our office has been diligently attempting to locate information necessary for the Court's consideration at sentencing under 18 U.S.C. § 3553(a). The Federal Defenders' office is often viewed as an arm of the prosecution and it takes time to build the requisite trust to elicit information that is relevant for consideration at sentencing. Once certain information is discovered, follow up and verification is often necessary. In this case there has been the additional issue of a variety of family stressors, including relocation, that has made communication more challenging and the ability for family members to locate supporting documentation more difficult and time consuming. Family members are continuing to look for specific items that would be relevant at sentencing.

4. Additionally, I need more time with Mr. Santos to prepare him for sentencing. Mr. Santos is an 18-year old adolescent with no prior felony convictions. This is a critical moment in his life, and because of my trial schedule, I have not had the time I need with Mr. Santos to effectively represent him at sentencing. Since Mr. Santos pled guilty in August, I have had one misdemeanor case proceed to trial, a second misdemeanor case that was not dismissed until the day of trial, and a third misdemeanor case for which trial was scheduled to commence October 19, 2015, but was continued on October 15, 2015, to November 2-3, 2015, at the request of the government. Additionally, in September I was assigned responsibility for covering the Yosemite Courthouse. I have been out of town in Yosemite September 29-30, 2015, and October 6-7, 2015, and I am scheduled to return to Yosemite October 20-21, 2015.

5. I am requesting a two week extension to November 9, 2015, to allow family members additional time to locate materials relevant to sentencing, and to allow me the time that I need to

spend with Mr. Santos to prepare him for sentencing. It is my understanding that the Court is not available November 9, 2015, so the parties are requesting that sentencing be set on November 16, 2015.

    I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct.

    Executed this 16th day of October, 2015, at Fresno, California.

Date: October 16, 2015        */s/ Erin Snider*
                                    ERIN SNIDER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MIKKEY SANTOS