PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
     United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:15-CR-00061-LJO |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| MIKKEY SANTOS, | |
| Defendant, | |

WHEREAS, on October 26, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Mikkey Santos forfeiting to the United States the following property:

    a.    a Remington, Mohawk 10C, .22 caliber rifle, and
    b.    all ammunition seized in the case

AND WHEREAS, Beginning November 5, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

Final Order of Forfeiture

1

1  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Mikkey Santos.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **June 1, 2016**                             /s/ Lawrence J. O'Neill
                                                      UNITED STATES CHIEF DISTRICT JUDGE